UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KELVIN WELLS

VERSUS

MUNIR ALI, MELVA CAVANAUGH
AND TOM HANLON

CIVIL ACTION

NO. 06-400-A

## RULING ON
## MOTION FOR JUDGMENT OF DEFAULT

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby (doc. 17) dated December 11, 2006. Plaintiff has filed an objection (doc. 19) which merely restate legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff Kelvin Wells' motion for default judgment (doc. 13) is hereby DENIED.

Baton Rouge, Louisiana, March 29, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA