UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN WELLS

VERSUS  CIVIL ACTION NO.: 06-400-JVP-DLD

MUNIR ALI, MELVA CAVANAUGH,
AND TOM HANLON

## RULING

This matter is before the court on an unopposed motion by plaintiff, Kevin Wells, for leave of court to file a motion for relief from judgment or order pursuant to Fed.R.Civ.P. 60 (doc. 33).

A timely filed Rule 60 motion does not require leave of court. Accordingly, plaintiff's motion for leave (doc. 33) is hereby **DENIED AS MOOT**.

This matter is hereby referred to United States Magistrate Judge Docia L. Dalby with the request that she take whatever steps may be necessary to get the matter ready for trial as to the one remaining defendant.

Baton Rouge, Louisiana, February 1, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

