UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS                                            CIVIL ACTION NO.: 06-400-JVP-DLD

MUNIR ALI, ET AL

## RULING ON MOTIONS
## FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Dalby dated April 22, 2008 (doc. 41).  Plaintiff has filed an objection which

merely restates legal argument and does not require *de novo* factual findings under

28 U.S.C. § 636.  No objection was filed by the defendants.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by the plaintiff, Kelvin

Wells (doc. 40), is hereby **DENIED**. Further, the Motion for Summary Judgment

filed by the defendant, Munir Ali (doc. 39) is hereby **GRANTED** and this action shall

be **DISMISSED**.

The objection filed by *pro se* plaintiff reeks of scandalous and impertinent

statements totally unrelated to any of the issues in the case.  Such conduct cannot

be tolerated by any viable court system.  Therefore, this matter is referred to

Magistrate Judge Dalby to consider and, recommend an appropriate sanction to be imposed upon plaintiff.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 13, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA